# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **J. BRIAN WILLIAMS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-5-ALM-KPJ** |
| | § | |
| **PAUL KEITH LICARI,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #16), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  In the Report, the Magistrate Judge recommended denying without prejudice Plaintiff J. Brian Williams's Motion to Support Legal Authority and Entry of Default Judgment (Dkt. #15) because Plaintiff did not provide sufficient evidence of personal jurisdiction over Defendant Paul Keith Licari for entry of default judgment. The Magistrate Judge further recommended Plaintiff be ordered to submit evidence supporting the Court's jurisdiction over Defendant on or before thirty (30) days of a Memorandum Adopting the Report and Recommendation, if any. On August 7, 2023, Plaintiff filed Objections (Dkt. #17) to the Report titled "Additional Evidence Supporting Jurisdiction and Objections to Court Report and Recommendation." In the Objections (Dkt. #17), Plaintiff provides additional evidence regarding Defendant's connections to the State of Texas and the United States as a whole, in line with the recommendations outlined in the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge.  Accordingly, Plaintiff's Objections (Dkt. #17) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

The Motion to Support Legal Authority and Entry of Default Judgment (Dkt. #15) is **DENIED WITHOUT PREJUDICE**. Plaintiff is ordered to file a motion with evidence in support of the Court's jurisdiction over Defendant, including any evidence that was asserted in his Objections (Dkt. #17) for the first time and in support of the Motion to Support Legal Authority and Entry of Default Judgment (Dkt. #15).

**IT IS SO ORDERED**.

**SIGNED this 14th day of September, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE